IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERTO CASTILLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-4853 |
| JEROME WALSH, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 29th day of January, 2014, upon careful and independent consideration of the petition for habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (doc. no. 7), it is ordered that:

1. The Report and Recommendation is approved and adopted – No objections were filed;

2. The petition for writ of habeas corpus is dismissed as untimely filed;

3. Petitioner's request for appointment of counsel and for an evidentiary hearing are denied.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.